DAVID A. HUBBERT
Deputy Assistant Attorney General

GOKCE T. YUREKLI
STEPHEN S. HO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: (202) 598-0581
Fax: (202) 514-6866
Gokce.T.Yurekli@usdoj.gov
Stephen.S.Ho@usdoj.gov
*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>EDUARD BEYDER and LARISA BEYDER, )<br><br>Defendants. ) | Case No. 3:21-cv-10864 |

**ORDER**

The Court has by separate Order disposed of all claims or defenses raised by either part in

this matter. Accordingly, JUDGMENT is hereby entered

1.      In favor of the United States and against Larisa Beyder in the amount of

$1,853,765.05 (which includes a late-payment penalty of $417,439.76, in addition to the FBAR

penalty assessment of $1,366,752, and pre-judgment interest of $69,573.29) and Eduard Beyder

in the amount of $678,260.28 (which includes a late-payment penalty of $152,794.53, in addition

to the FBAR penalty assessment of $500,000, and pre-judgment interest of $25,465.75), pursuant

to 31 U.S.C. § 5321(a)(5), plus pre-judgment interest on the FBAR penalty assessment as

1

provided by 31 U.S.C. § 3717(a)(1) and late-payment penalties under 31 U.S.C. §3717(e)(2) accruing from June 17, 2024 until the date that this judgment is entered.

2.     The United States shall also recover post-judgment interest on the FBAR penalty pursuant to 28 U.S.C. § 1961(a), and post-judgment late-payment penalties pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, from the date of this judgment until the judgment is paid in full.

This the ___ day of _____, 2024.

_____
U.S. District Judge

2